IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAUMONT LAMAR APARTMENTS, LLC, <br> *Plaintiff*, <br><br> vs. <br><br> WALLIS BANK, MUSA DAKRI, ASIF DAKRI, AYAZ NASSER, ROBERT ADAM, WILLIAM F. BURGE III, NASR KHAN, ROGER SEBESTA, FAIZEL DAKRI, JODIE JILES, JERRY PETTERSON, GARY OWENS, FARID VIRANI, MCCUNE CONSTRUCTION SERVICES GROUP, LLC N/K/A MCCUNE CONSTRUCTION FUNDS MANAGEMENT, LLC, AND STEPHEN "STEVE" MCCUNE, <br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § | C.A. NO. _____ |

### WALLIS BANK'S NOTICE OF REMOVAL

COMES NOW, Wallis Bank (the "Bank"), a defendant in this civil action, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) and (b).

### IDENTITY OF STATE COURT ACTION BEING REMOVED

1. The civil action being removed was initiated in the 17th Judicial District of Tarrant County, Texas, and was assigned docket number 017-341118-23 ("State Court Action").

### BASIS FOR REMOVAL

2. The Bank is entitled to remove this case to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446 because this is a civil action involving claims arising under the

laws of the United States. On March 22, 2023, Plaintiff Beaumont Lamar Apartments, LLC ("Plaintiff") commenced this action by filing an Original Petition in the 17th Judicial District Court of Tarrant County, Texas. Plaintiff alleges, *inter alia,* that the Bank's conduct violated the Racketeer Influenced and Corrupt Organizations Act, 18. U.S.C. §§ 1962(C), 1962(D). Plaintiff's RICO claims are made in addition to a breach of contract, conspiracy, fraud, gross negligence, breach of fiduciary duty, and violations of the Texas Insurance Code against Bank.

## JURISDICTION

3.      This Court has original jurisdiction of this action under 28 U.S.C. §§ 1331 and 1441 because Plaintiff alleges violations of the laws of the United States and has asserted a claim for recovery under federal law. *See Carlsbad Tech., Inc. v. HIF Bio, Inc.*, 556 U.S. 635, 639 (2009) ("It is undisputed that when this case was removed to federal court, the District Court had original jurisdiction over the federal RICO claim pursuant to 28 U.S.C. § 1331…"); *see also Inge v. Walker*, No. 3:16-CV-0042-B, 2016 WL 4920288, at *2 (N.D. Tex. Sept. 15, 2016) ("Contrary to Plaintiff's assertions, the Court does not have the authority to remand the entire case back to state court, as Plaintiff's RICO claim gives this Court original jurisdiction.").

## VENUE

4.      Venue is proper in the Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. § 1441(a) and 1446(a) because the State Court Action is pending in Tarrant County, Texas, which is within this judicial district and division.

**TIMELY REMOVAL**

5. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b). The Bank was served on March 31, 2023 and appeared at a temporary restraining order hearing that same day. No return of service has been filed in the State Court Action. This notice of removal is being filed within thirty (30) days of receipt of the initial pleading.

**STATE COURT PROCESS, PLEADINGS AND ORDERS**

6. The Bank will give notice of filing of this notice of removal to all parties of record pursuant to 28 U.S.C. § 1446(d). The Bank will also file with the clerk of the state court, and will serve upon Plaintiff's counsel, a notice of the filing of this notice of removal.

7. The Bank has filed with this notice of removal copies of: (a) the state court pleadings; (b) the state court docket sheet; (c) an index of matters being filed; and (d) a signed certificate of interested persons, as required by 28 U.S.C. § 1446(a) and LR 81.1 of the United States District Court, Northern District of Texas. The Bank has not filed an answer and no return of service has been filed in the State Court Action. However, the state court judge did issue a temporary restraining order on March 31, 2023 (Exhibit A-8).

8. As of the filing of this notice of removal, all named defendants consent to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

**EXHIBITS**

9. Pursuant to LR 81.1 of the Local Rules of the United States District Court for the Northern District of Texas, the following documents are attached to this notice of removal as corresponding lettered exhibits:

Exhibit A:   Index of Matters Being Filed

    Exhibit A-1:  State Court Docket Sheet

    Exhibit A-2:  Plaintiff's Original Petition

    Exhibit A-3:  Plaintiff's Letter to the Clerk requesting citations dated March 24, 2023

    Exhibit A-4:  Plaintiff's Letter to the Clerk requesting citations dated March 29, 2023

    Exhibit A-5:  Plaintiff's Application for Temporary Restraining Order and Injunctive Relief

    Exhibit A-6:  Plaintiff's Proposed Order granting Temporary Restraining Order

    Exhibit A-7:  Plaintiff's Certificate of Compliance

    Exhibit A-8:  Signed Temporary Restraining Order

Exhibit B:   Signed Certificate of Interested Persons

## PRAYER

WHEREFORE, Defendant Wallis Bank, pursuant to the statutes cited herein and in conformance with the requirements set forth in 28 U.S.C. § 1446, removes this action from the 17th Judicial District Court of Tarrant County, Texas, to this Court.

Respectfully submitted,

MURRAY | LOBB, P.L.L.C.

By: */s/ Kyle L. Dickson*
 Kyle L. Dickson, *Attorney-in-Charge*
 Texas Bar No. 05841310
 Federal Bar No. 13441
 Charles E. Lobb, Jr.
 Texas Bar No. 12455375
 2200 Space Park Drive, Suite 350
 Houston, Texas 77058
 Ph: (281) 488-0630
 Fx: (281) 488-2039
 Email: *kdickson@murray-lobb.com*
     *lobb@murray-lobb.com*

ATTORNEYS FOR DEFENDANT
WALLIS BANK

## CERTIFICATE OF CONFERENCE

I hereby certify that all named defendants in this matter consent to the removal of this cause as set forth in 28 U.S.C. § 1446(b)(2)(A).

*/s/ Kyle L. Dickson*
Kyle L. Dickson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been delivered in the appropriate manner to all known parties and/or counsel of record on April 5, 2023.

*/s/ Kyle L. Dickson*
Kyle L. Dickson

Christian Dennie
FOX ROTHSCHILD, LLP
2501 N. Harwood Street, Suite 1800
Dallas, Texas
*cdennie@foxrothschild.com*

**Counsel for Plaintiff Beaumont Lamar Apartments, LLC**

Cara D. Kennemer
The Underwood Law Firm, P.C.
600 Bailey Avenue, Suite 200
Fort Worth, Texas 79107
*Cara.kennemer@uwlaw.com*

**Counsel for Defendants McCune Construction Services Group, LLC n/k/a McCune Construction Funds Management, LLC and Stephen "Steve" McCune**

6