UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BEAUMONT LAMAR APARTMENTS, LLC § § § **Plaintiff,** § § v. § § **WALLIS BANK**, a Texas banking § corporation, **MUSA DAKRI, ASIF** § **DAKRI, AYAZ NASSER, ROBERT** § **ADAM, WILLIAM F. BURGE III,** § **NASR KHAN, ROGER SEBESTA,** § **FAIZEL DAKRI, JODIE JILES,** § **JERRY PETERSON, GARY OWENS,** § **FARID VIRANI, MCCUNE** § **CONSTRUCTION SERVICES GROUP,** § **LLC n/k/a MCCUNE CONSTRUCTION** § **FUNDS MANAGEMENT, LLC, AND** § **STEPHEN "STEVE" MCCUNE** § § **Defendants.** § | | Case No. 4:23-cv-00341-O |

---

### JOINT STIPULATION OF DISMISSAL

---

COME NOW the Parties, by and through their attorneys, and hereby dismiss from this action all claims, causes of action, and assertions of damages that were asserted or could have been asserted under this Cause in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This dismissal shall be with prejudice. The Parties to this *Joint Stipulation of Dismissal* shall bear their own costs and fees.

Respectfully submitted on this 29th day of April 2024.

1

**DENNIE FIRM, PLLC**
99 Trophy Club Drive
Trophy Club, TX 76262
817.430.5876
817.430.5801 – Facsimile

By:*/s/ Christian Dennie*
    **Christian S. Dennie**
    State Bar No. 24045775
    cdennie@denniefirm.com
    **Sarah Pack**
    State Bar No. 24083611
    spack@denniefirm.com

    ***COUNSEL FOR PLAINTIFF***

By: */s/ Kyle Dickson*
**Kyle L. Dickson**, Attorney-in-Charge
Texas Bar No. 05841310
**Charles E. Lobb, Jr.**
Texas Bar No. 12455375
**David W. Alexander**
Texas Bar No. 24029417
**MURRAY | LOBB, PLLC**
2200 Space Park Drive, Suite 350
Houston, Texas 77058
Telephone: (281) 488-0630
Facsimile: (281) 488-2039
Email: kdickson@murray-lobb.com
Email: lobb@murray-lobb.com
Email: dalexander@murray-lobb.com

**Brian E. Robison**
State Bar No. 00794547
brian@brownfoxlaw.com
**Eric C. Wood**
State Bar No. 24037737
eric@brownfoxlaw.com
**BROWN FOX PLLC**
6303 Cowboys Way, Suite 450
Frisco, Texas 75034
Phone: (214) 327-5000
Fax: (214) 327-5001

**Margaret R. Mead**
State Bar No. 00792482
margaret@brownfoxlaw.com
**BROWN FOX PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Phone: (214) 327-5000
Fax: (214) 327-5001

**ATTORNEYS FOR DEFENDANTS WALLIS BANK, MUSA DAKRI, ASIF DAKRI, AYAZ NASSER, ROBERT ADAM, WILLIAM F. BURGE III, NASR KHAN, ROGER SEBESTA, FAIZEL DAKRI, JODIE JILES, JERRY PETERSON, GARY OWENS, AND FARID VIRANI**

## CERTIFICATE OF SERVICE

I certify that on April 29, 2024, I electronically filed the foregoing *Joint Stipulation of Dismissal* with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record by electronic means.

*/s/ Christian Dennie*
Christian Dennie, *Counsel for Plaintiff*